**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RONALD SIMONSON,            )
                                        )
Plaintiff,                       )
                                        )
v.                              )    **Civil Action No. 12-1193**
                                        )    **District Judge Arthur J. Schwab**
RUSSELL BROMAN; *ET AL.*,     )
                                        )
Defendants.                   )
                                        )

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a motion to proceed *in forma pauperis* (ECF No. 1) on August 20, 2012, and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of Court.

On March 1, 2013, the Magistrate Judge filed a Report and Recommendation (ECF No. 25) recommending that the Motion to Dismiss filed by Russell Broman and Stephan A. Zappala, Jr. (ECF No. 16) be granted and that the Motion to Dismiss filed by Todd B. Randall (ECF No. 19) be granted. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until March 18, 2013, to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 22ⁿᵈ day of March, 2013:

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Russell Broman and

Stephan A. Zappala, Jr. (ECF No. 16) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Dismiss filed by Todd B. Randall (ECF No. 19) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 25) dated March 1, 2013, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/      Arthur J. Schwab
Arthur J. Schwab
United States District Judge

Ronald Simonson
134075 7D
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219